U. S. DISTRICT COURT - DE
MISC. CASE # 07-185

AO 451 (Rev.12/93) [MD Rev. 03/01] Certification of Judgment

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

Clean Venture, Inc.

V.

North American Ship Recycling, Inc. et al.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number:   AMD-06-CV-2027

I, Felicia C. Cannon, _____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___9-26-2007___, as it
                                                                                                                                                                Date
appears in the records of this court, and that

*   no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

November 2, 2007                               Felicia C. Cannon
Date                                                       Clerk

                                                              _____
                                                              (By) Deputy Clerk

FILED U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 NOV -5  AM 10: 27

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| Clean Venture, Inc., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. AMD 06-2027 |
| North American Ship Recycling, Inc., et al., | * | |
| | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## FINAL JUDGMENT

After trial, and upon agreement of the parties, pursuant to Fed. R. Civ. P. 58, this Court hereby ENTERS FINAL JUDGMENT in favor of plaintiff Clean Venture, Inc. and against defendant North American Ship Recycling, Inc. in the amount of $750,000.00 (Seven Hundred Fifty Thousand Dollars and No Cents), inclusive of prejudgment interest and costs.

SO ORDERED this 26th day of September, 2007.

_____/s/_____
Andre M. Davis
United States District Judge

I hereby attest and certify on 11/2/07 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By_____Deputy